**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CASE NO. 06-04100MP-PCT-MEA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Rodriquez Allen, | ) | |
| Defendant. | ) | |

The criminal proceedings having been concluded against this defendant, and upon the Government's motion;

**IT IS HEREBY ORDERED** terminating the defendant's probation as unsuccessfully completed.

**IT IS HEREBY ORDERED** that the defendant be released from federal custody forthwith.

DATED this 1st day of November, 2011.

_____
Mark E. Aspey
United States Magistrate Judge